1014

No. 10-6326. MORALES v. HARRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10-6327. MCCLENTON v. MINNESOTA. Ct. App. Minn. Certiorari denied. 

No. 10-6357. WALKER v. SHELDON, SECRETARY, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES. C. A. 11th Cir. Certiorari denied. 

No. 10-6368. COULOMBE v. CITY OF OXNARD, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10-6374. NORRIS v. LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10-6381. BONNER v. STEELE. Sup. Ct. S. D. Certiorari denied. 

No. 10-6385. WHITE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10-6400. WILSON v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10-6412. O'CONNELL v. UTTECHT, SUPERINTENDENT, COYOTE RIDGE CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 10-6414. MERIDETH v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10-6421. BROWN v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 10-6424. BATES v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. 

No. 10-6426. REYNA v. KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 10-6427. SCHIFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.